## CONKLIN v. STONE.

### No. 8215; March 19, 1885.

#### 6 Pac. 378.

**Appeal.—On Failure of the Trial Court to Find on the Issues** made by the pleadings in an action, the judgment must be reversed on appeal, and the cause remanded for a new trial.

APPEAL from the Superior Court of Monterey County.

S. W. Swinnerton for appellant; W. H. Webb, Jas. A. Wall, and N. C. Briggs for respondent.

By the COURT.—For a failure on the part of the court below to find on the issues made by the pleadings in the case, the judgment must be reversed, and the cause remanded for a new trial.  So ordered.